*Preston C. King, Jr.*, for appellant.  *Mr. Wm. Preston Lane, Jr.*, for appellee.

No. 266. Stearns, Receiver, et al. *v.* Lorenz et al. Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c), Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Messrs. Charles O. Pengra* and *Weld A. Rollins* for appellants. *Mr. John J. McDonald* for appellees.

No. 123. S. S. Kresge Co. *v.* Bennett, Attorney General of New York, et al. Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932. *Per Curiam:* Decree affirmed. *Gorham Mfg. Co.* v. *State Tax Commission*, 266 U. S. 265, 269, 270. *Mr. Edward K. Hanlon* for appellant. *Mr. Wendell P. Brown* for appellees.